UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD HARRISON,

Plaintiff,

v.

ROBERT HALF, INC.,

Defendant.

Case No. 24-cv-04107-ASK

**JUDGMENT**

On May 11, 2026, the Court granted Defendant's motion for summary judgment of Mr. Harrison's claims. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS JUDGMENT** in favor of Defendant and against Mr. Harrison. The Clerk of the Court shall terminate the case.

**IT IS SO ORDERED.**

Dated: May 21, 2026

AJAY KRISHNAN
United States Magistrate Judge